# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 18, 2008

135229

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JACKIE McLAIN, Conservator of the Estate of
Brandon McLain, a Minor,
       Plaintiff-Appellee,

v

JEREMY PORTELL and MELISSA PORTELL,
       Defendants-Appellants.

SC: 135229
COA: 278005
Montcalm CC: 06-007645-NO

_____/

     On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 18, 2008

_____
Clerk